Barrister Investigations and Filing Service, Inc.
212 N Chicago St, 3rd Floor
Joliet, IL 60432
Ph: (833) 295-4080, Fax: (815) 205-8334

# REQUEST FOR SERVICE

## JOB# 1050244

DIRECT LEGAL SUPPORT
1541 WILSHIRE BOULEVARD SUITE 550
LOS ANGELES, CA 90017

Server Phone#: 213-483-4900
Server Fax#: 866-241-0051
Server Email: orders@directlegal.com

Date: **01/21/2021** - Service Type: **Service of Process - Routine**
Case No.: **21L0045**
- Serve By: **02/16/2021**
Plaintiff/Petitioner: **DARLENE HONEYCUTT**
vs.
Defendant/Respondent: **JIECHENG YUANA AND SHENCHEN INTERNATIONAL, INC.**

Service not to Exceed: ___

Bill us: ☑  Check Enclosed ☐

Documents: **SUMMONS/COMPLAINT**

Serve: **SHENCHEN INTERNATIONAL, INC.**
**5988 EL PRADO AVE, EASTVALE, CA 92880**

Comments: **PLEASE SERVE THE NAMED REGISTERED AGENT IN PERSON ONLY -- R/A XINGHUA DU, THIS IS A RESIDENTIAL ADDRESS!!!**

*SERVICE MUST BE MADE IN THE MANNER CHECKED BELOW*

☑ **Registered Agent:** By serving the registered agent.

☐ **Officer/Agent:** By serving an officer or other agent.

☐ **OTHER:** If this box is checked, you may: _____

UNLESS OTHERWISE DIRECTED BY US, PLEASE DO NOT SERVE THIS PROCESS IN ANY OTHER MANNER OTHER THAN LISTED ABOVE.

☐ Please fax Affidavit of Service prior to mailing to (815) 306-3351

☐ Please Use our enclosed affidavit/declaration of service, if checked.

☐ Notarize Affidavit, if checked.

Please notify our office when service is completed. Do not contact our client without prior authorization or put your charges on Affidavit. If service requires additional charges or unable to serve, please contact us immediately. Thank you for your assistance.

SERVE R/A XINGHUA DU IN PERSON ON[LY]

## In the Circuit Court of the 20th Judicial Circuit St. Clair County, Illinois

DARLENE HONEYCUTT,

        Plaintiff(s),

vs.

JIECHENG YUANA AND SHENCHEN INTERNATIONAL, INC.,

        Defendant(s).

Case No.: 21L0045

**AFFIDAVIT OF SERVICE**

On _____ at _____ AM / PM, I served the within **SUMMONS/COMPLAINT** on **SHENCHEN INTERNATIONAL, INC.**, Defendant(s).

Said service was effected at _____, _____, ____, _____ in the following manner:

☐ **Registered Agent:** By leaving a copy of the SUMMONS/COMPLAINT with _____, the registered agent of SHENCHEN INTERNATIONAL, INC..

☐ **Officer/Agent:** By leaving a copy of the SUMMONS/COMPLAINT with: _____, _____, who is an officer or agent of SHENCHEN INTERNATIONAL, INC..

☐ **Other:** By leaving a copy of the SUMMONS/COMPLAINT with: _____, _____.

Addl Comments: _____

Description of person process was left with:

Sex: _____ Race: _____ Approx. Age: _____ Height: _____ Weight: _____

Signed and sworn to before me on this _____ day of _____, 20____.

X_____
(Print Name/Perc#)

_____
Notary Public

BROWN & BROWN LLP
5440 N. ILLINOIS SUITE 101
FAIRVIEW HEIGHTS, IL   RetDate   FileDate01/20/2021



*1050244*

IN THE CIRCUIT COURT 20TH JUDICIAL CIRCUIT
ST. CLAIR COUNTY, ILLINOIS

DARLENE HONEYCUTT, )
    Plaintiff, )
     )
v. )
     )  21L0045
JIECHENG YUAN, )
and )
SHENCHEN INTERNATIONAL, INC., )
    Defendant. )

**SUMMONS**
(Amount Claimed: In excess of $50,000.00)

**SERVE:** Shenchen International, Inc. 8001 Tisdale Street, Corona, CA 92880

TO DEFENDANT SHENCHEN INTERNATIONAL:

    You are summoned and required to file an answer to the complaint in this case, a copy of which is hereto attached, or otherwise file your appearance, in the office of the clerk of this court within 30 days after service of this summons, not counting the day of service. If you fail to do so, a judgment by default may be entered against you for the relief asked in the complaint.

    E-filing is now mandatory for documents in civil cases with limited exemptions. To e-file, you must first create an account with an e-filing service provider. Visit https://efile.illinoiscourts.gov/service-providers.htm to learn more and to select a service provider.

    If you need additional help or have trouble e-filing, visit http://www.illinoiscourts.gov/faq/gethelp.asp or talk with your local circuit clerk's office. If you cannot e-file, you may be able to get an exemption that allows you to file in-person or by mail. Ask your circuit clerk for more information or visit www.illinoislegalaid.org.

    If you are unable to pay your court fees, you can apply for a fee waiver. for information about defending yourself in a court case (including filing an appearance or fee waiver), or to apply for free legal help, go to www.illinoislegalaid.org. You can also ask your local circuit clerk's office for a fee waiver application.

TO THE PROCESS SERVER: This summons must be returned by the person to whom it was given for service, with endorsement of service and fees, if any, immediately after service. This summons may not be served later than 30 days after its date. If service cannot be made, this summons shall be returned so endorsed.

*Kahaleh A. Clay*
KAHALAH A. CLAY, Circuit Clerk
1/20/2021
Morgan Ragsdale

Dated: _____

_____
Clerk of Court

Attorneys for Plaintiff:
Brown & Brown LLP
Daniel P. Finney, III
dfinney@brownlawoffice.com
5440 N. Illinois, Suite 101
Fairview Heights, IL 62208
618.234.4878

SERVICE DATE: _____
(To be inserted by process server on copy left with the defendant or other person)

Case No. 20-L-
SUMMONS (CONT.)

**I certify that I served this summons on defendant as follows:**

(a) - (Individual defendant - personal)
By leaving a copy and a copy of the complaint with each individual defendant personally, as follows:

Name of Defendant          Place of Service          Date of service

(b) - (Individual defendant - abode):
By leaving a copy and a copy of the complaint at the usual place of abode of each individual defendant with a person of his/her family, of the age of 13 years or upwards, informing that person of the contents of the summons, and also by sending a copy of the summons and of the complaint in a sealed envelope with postage fully prepaid, addressed to each individual defendant at his/her usual place of abode, as follows:

Name of Defendant   Person with whom left   Date of service   Date of mailing

(c) - (Corporation defendant):
By leaving a copy and a copy of the complaint with the registered agent officer, or agent of each defendant corporation, as follows:

Defendant corporation     Registered agent officer or agent     Date of service

(d) - (Other service):

FEES:
Service and return    $ _____
Miles                 $ _____
Total                 $ _____

_____
Signature of Process Server

Electronically Filed
Kahalah A. Clay
Circuit Clerk
Morgan Ragsdale
21L0045
St. Clair County
1/19/2021 4:27 PM
11888277

IN THE CIRCUIT COURT FOR THE 20th JUDICIAL CIRCUIT
ST. CLAIR COUNTY, ILLINOIS

DARLENE HONEYCUTT, )
    Plaintiff, )
v. ) 21L0045
)
JIACHENG YUAN and )
SHENCHEN INTERNATIONAL, INC., )
    Defendants. )

## COMPLAINT

### Count I - Negligence Claim Against Jiecheng Yuan

Now comes Plaintiff, DARLENE HONEYCUTT, and for this Complaint against Defendant, JIECHENG YUAN, states as follows:

1. On or about January 29, 2019, Darlene Honeycutt was the driver of a motor vehicle traveling in a westbound direction on I-64 at or near its intersection with Illinois Route 159 in the City of Canteen Township, County of St. Clair, State of Illinois.

2. At the said time, Defendant Jiecheng Yuan was an employee or agent of Defendant Shenchen International, Inc., and was operating a tractor trailer owned by Shenchen International, Inc. which was traveling in a westbound direction on I-64 at or near its intersection with Illinois Route 159 in the City of Canteen Township, County of St. Clair, State of Illinois.

3. It was then and there the duty of Defendant Jiecheng Yuan through its agents and employees, to operate the tractor trailer with reasonable care for the safety of other persons and for their property.

4. Despite Defendant Jiecheng Yuan's said duty and in violation thereof,

Defendant Shenchen International, Inc. agent or employee, Jiecheng Yuan, then and there negligently and carelessly acted or failed to act in one or more of the following ways:

  a. Failed to stop or swerve his tractor trailer at the appearance of danger in order to avoid a collision with another vehicle.

  b. Drove his tractor trailer without keeping it under sufficient control to be able to stop or swerve the said tractor trailer at the appearance of danger in order to avoid a collision with another vehicle.

  c. Drove his tractor trailer at a speed that was greater than reasonable and proper with regard to the traffic conditions and the use of the area.

  d. Drove his tractor trailer without keeping an adequate lookout ahead and to the side.

  e. Failed to equip his tractor trailer with adequate brakes.

  f. Negligently and carelessly failed to stop or yield the right of way in compliance with the traffic signal erected at said intersection.

5. As a direct and proximate result of one or more of the foregoing negligent acts or failures to act, the tractor trailer operated by Defendant Shenchen International Inc.'s agent and employee, Jiecheng Yuan, collided with Darlene Honeycutt's vehicle.

6. As a direct and proximate result of the foregoing, Darlene Honeycutt was caused to suffer loss of normal life, permanent injuries and damages, both externally and internally; was and will be hindered and prevented from attending to her usual duties and affairs; and has suffered pain and anguish, both in mind and body, and will in the future continue to suffer.

7. On the date and time in question, Defendant Jiecheng Yuan was an agent or employee of Defendant Shenchen International, Inc. working in the course and scope of

his agency or employment with Defendant Shenchen International, Inc.

8. On the date and time in question, Defendant Shenchen International, Inc. entrusted a tractor trailer under its control to Defendant Jiecheng Yuan.

9. On the date and time in question, Defendant Shenchen International, Inc. had the right of control over the tractor trailer that was entrusted to Defendant Jiecheng Yuan.

10. On the date and time in question, Defendant Shenchen International, Inc. was liable for Defendant Jiecheng Yuan's acts and omissions as stated in this cause of action under the doctrine of *respondeat superior*.

WHEREFORE, Plaintiff, DARLENE HONEYCUTT, asks for judgment against Defendant, JIECHENG YUAN, in a sum in excess of Fifty-Thousand Dollars ($50,000.00), plus costs.

Count II - Negligence Claim Against Shenchen International, Inc.

Now comes Plaintiff, DARLENE HONEYCUTT, and for this Complaint against Defendant, SHENCHEN INTERNATIONAL, INC., states as follows:

1. On or about January 29, 2019, Darlene Honeycutt was the driver of a motor vehicle traveling in a westbound direction on I-64 at or near its intersection with Illinois Route 159 in the City of Canteen Township, County of St. Clair, State of Illinois.

2. At the said time, Defendant Jiecheng Yuan, was operating a tractor trailer owned by Defendant Shenchen International, Inc. traveling in a westbound direction on I-64 at or near its intersection with Illinois Route 159 in the City of Canteen Township, County of St. Clair, State of Illinois.

3. It was then and there the duty of the Defendant Jiecheng Yuan to operate his tractor trailer with reasonable care for the safety of other persons and for their property.

4. Despite Defendant Jiecheng Yuan's said duty and in violation thereof, the Defendant then and there negligently and carelessly acted or failed to act in one or more of the following ways:

    a. Failed to stop or swerve his tractor trailer at the appearance of danger in order to avoid a collision with another vehicle.

    b. Drove his tractor trailer without keeping it under sufficient control to be able to stop or swerve the said vehicle at the appearance of danger in order to avoid a collision with another vehicle.

    c. Drove his tractor trailer at a speed that was greater than reasonable and proper with regard to the traffic conditions and the use of the area.

    d. Drove his tractor trailer without keeping an adequate lookout ahead and to the side.

    e. Failed to equip his tractor trailer with adequate brakes.

    f. Negligently and carelessly failed to stop or yield the right of way in compliance with the traffic signal erected at said intersection.

5. As a direct and proximate result of one or more of the foregoing negligent acts or failures to act, the tractor trailer operated by Defendant Jiecheng Yuan collided with Darlene Honeycutt's vehicle.

6. As a direct and proximate result of the foregoing, Darlene Honeycutt was caused to suffer a loss of normal life, permanent injuries and damages, both externally and internally; was and will be hindered and prevented from attending to her usual duties and affairs; and has suffered pain and anguish, both in mind and body, and will in the future continue to suffer.

WHEREFORE, Plaintiff DARLENE HONEYCUTT, asks for judgment against Defendant, SHENCHEN INTERNATIONAL, INC., in a sum in excess of Fifty-Thousand Dollars ($50,000.00), plus costs.

DARLENE HONEYCUTT

By: _____
Daniel P. Finney, III - #6298368
dfinney@brownlawoffice.com
BROWN & BROWN LLP
5440 North Illinois, Suite 101
Fairview Heights, IL 62208
618.234.4878
Attorneys for Plaintiff

Electronically Filed
Kahalah A. Clay
Circuit Clerk
Morgan Ragsdale
21L0045
St. Clair County
1/19/2021 4:27 PM
11888277

IN THE CIRCUIT COURT 20th JUDICIAL CIRCUIT
ST. CLAIR COUNTY, ILLINOIS

| | |
|---|---|
| DARLENE HONEYCUTT, ) | |
| Plaintiff, ) | |
| v. ) | |
| ) | 21L0045 |
| JIECHENG YUAN ) | |
| and ) | |
| SHENCHEN INTERNATIONAL, INC., ) | |
| Defendants. ) | |

## SUPREME COURT RULE 222 DAMAGES AFFIDAVIT

Plaintiff, DARLENE HONEYCUTT, on information and belief, intends to claim an amount in excess of $50,000.00 in this cause of action.

Under penalties as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, I certify by signing below that the statements set forth in this instrument are true and correct, except as to matters herein stated to be on information and belief and as to such matters the undersigned certifies as aforesaid that he verily believes the same to be true.

DARLENE HONEYCUTT

By: /s/ Daniel P. Finney, III
Daniel P. Finney, III - #6298368
dfinney@brownlawoffice.com
BROWN & BROWN LLP
5440 North Illinois, Suite 101
Fairview Heights, IL 62208
618.234.4878
618.234.4818 (fax)
Attorneys for Plaintiff

Electronically Filed
Kahalah A. Clay
Circuit Clerk
Morgan Ragsdale
21L0045
St. Clair County
1/19/2021 4:27 PM
11888277

IN THE CIRCUIT COURT 20th JUDICIAL CIRCUIT
ST. CLAIR COUNTY, ILLINOIS

| | | |
|---|---|---|
| DARLENE HONEYCUTT, | ) | |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | 21L0045 |
| JIECHENG YUAN | ) | |
| and | ) | |
| SHENCHEN INTERNATIONAL, INC., | ) | |
| Defendants. | ) | |

## ENTRY OF APPEARANCE AS ATTORNEYS FOR PLAINTIFF

BROWN & BROWN LLP enters its appearance as attorneys for Plaintiff and Daniel P. Finney, III enters his appearance as LEAD ATTORNEY for Plaintiff requesting that all notices and further documents directed to Plaintiff be sent to the attorneys appearing below.

/s/ Daniel P. Finney, III
Daniel P. Finney, III - #6298368
dfinney@brownlawoffice.com
Brown & Brown LLP
5440 N. Illinois, Suite 101
Fairview Heights, IL 62208
618.234.4878
*Attorneys for Plaintiffs*